IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURDUE PHARMA L.P., <br> THE P.F. LABORATORIES, INC., <br> PURDUE PHARMACEUTICALS L.P., <br> AND BOARD OF REGENTS OF THE <br> UNIVERSITY OF TEXAS SYSTEM, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. 14-CV-2357-SHS |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S
NOTICE OF MOTION *IN LIMINE* TO LIMIT PREVIOUSLY AVAILABLE
EVIDENCE OF SECONDARY CONSIDERATIONS**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), by and through their attorneys, hereby move the Court, before the Honorable Sidney H. Stein, United States District Court Judge, at the United States Court House, located at 500 Pearl Street, Courtroom 23A, New York, New York 10007, as soon as counsel may be heard, for an Order granting Defendant's Motion *in Limine,* and for such other and further relief as this Court deems just and proper.

Dated: November 4, 2014

By: /s/ David M. Hashmall
David M. Hashmall
GOODWIN PROCTER LLP
The New York Times Building,
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (202) 813-8800
Facsimile: (202) 355-3333
dhashmall@goodwinprocter.com

*Of Counsel:*
Mark D. Schuman
Todd S. Werner
Sarah M. Stensland
Jennell C. Bilek
Christopher A. Pinahs
CARLSON, CASPERS, VANDENBURGH,
LINDQUIST & SCHUMAN, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605
mschuman@carlsoncaspers.com
twerner@carlsoncaspers.com
sstensland@carlsoncaspers.com
jbilek@carlsoncaspers.com
cpinahs@carlsoncaspers.com

*Attorneys for Teva Pharmaceuticals USA, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail on all counsel who are not served through the CM/ECF system.

                                                              /s/ David M. Hashmall  
                                                              David M. Hashmall